Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 22−18215−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| David A. Tozzolino | Patricia M. Tozzolino |
| 631 Park Avenue | 631 Park Avenue |
| Union Beach, NJ 07735 | Union Beach, NJ 07735 |

Social Security No.:
xxx−xx−7251                                           xxx−xx−4047

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 4, 2023.

Dated: January 4, 2023
JAN: rms

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-18215-CMG |
| David A. Tozzolino | Chapter 13 |
| Patricia M. Tozzolino | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 04, 2023 | Form ID: plncf13 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David A. Tozzolino, Patricia M. Tozzolino, 631 Park Avenue, Union Beach, NJ 07735-3124 |
| 519738360 | | Freedom, PO Box 15123, Wilmington, DE 19850-5123 |
| 519738361 | | Integrated Medicine Alliance, PA, PO Box 8519, Red Bank, NJ 07701-8519 |
| 519738367 | + | Quest Diagnostics, PO Box 9000, South Windsor, CT 06074-9000 |
| 519738368 | + | Riverview Emergency Phys, PO Box 8097, Red Bank, NJ 07701-8097 |
| 519738369 | | Riverview Med Center, Patient Accounts Dept, Box 34020, Newark, NJ 07189-0020 |
| 519738370 | + | Riverview Medical Associates, PO Box 249, Red Bank, NJ 07701-0249 |
| 519738372 | | Riverview Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 519738373 | | Rthocenter, PO Box 1870, Cary, NC 27512-1870 |
| 519738374 | + | Stress Care of New Jersey, LLC, 4122 Route 516, Suite C and D, Matawan, NJ 07747-7033 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 04 2023 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 04 2023 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519791340 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2023 20:45:20 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519738359 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 04 2023 20:39:00 | Bank of America, PO Box 672050, Dallas, TX 75267-2050 |
| 519785543 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 04 2023 20:39:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519798356 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 04 2023 20:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519770489 | + | Email/Text: RASEBN@raslg.com | Jan 04 2023 20:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519738362 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 04 2023 20:39:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519738363 | | Email/Text: govtaudits@labcorp.com | Jan 04 2023 20:39:00 | LabCorp, Att: LCA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 519779878 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2023 20:45:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519738364 | | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2023 20:45:24 | Lowe's-Synchrony Bank, Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519738365 | | Email/Text: camanagement@mtb.com | | |

| | | | | |
|---|---|---|---|---|
| | | Jan 04 2023 20:40:00 | M&T Bank, Lending Services, Customer Support, PO Box 1288, Buffalo, NY 14240-1288 | |
| 519757223 | Email/Text: camanagement@mtb.com | Jan 04 2023 20:40:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 | |
| 519738366 | + Email/PDF: gecsedi@recoverycorp.com | Jan 04 2023 20:45:29 | PayPal Credit, Att: Bankruptcy Dept, PO Box 5018, Lutherville Timonium, MD 21094-5018 | |
| 519738371 | + Email/Text: RMCbankruptcy@hackensackmeridian.org | Jan 04 2023 20:40:00 | Riverview Medical Center, Patient Accounts Dept, PO Box 397, Neptune, NJ 07754-0397 | |
| 519739472 | + Email/PDF: gecsedi@recoverycorp.com | Jan 04 2023 20:45:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 | |
| 519738375 | + Email/Text: BhamBankruptcy@sba.gov | Jan 04 2023 20:39:00 | U.S. Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 | |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2023            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor David A. Tozzolino wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com |
| Warren Brumel | on behalf of Joint Debtor Patricia M. Tozzolino wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 5