Office Mailing Address:                                                Send Payments **ONLY** to:
Albert Russo, Trustee                                                  Albert Russo, Trustee
PO Box 4853                                                            PO Box 933
Trenton, NJ  08650-4853                                                Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-18215 / CMG**

David A. Tozzolino                                     Petition Filed Date: 10/17/2022
Patricia M. Tozzolino                                  341 Hearing Date: 11/17/2022
                                                       Confirmation Date: 12/21/2022

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2023 | $200.00 | 89668140 | 02/27/2023 | $200.00 | 90206870 | 03/31/2023 | $200.00 | 90817620 |
| 05/01/2023 | $200.00 | 91403830 | 05/31/2023 | $200.00 | 91941720 | 07/03/2023 | $200.00 | 92540430 |
| 07/31/2023 | $200.00 | 93022250 | 09/05/2023 | $200.00 | 93594550 | 10/03/2023 | $200.00 | 94133560 |
| 11/02/2023 | $200.00 | 94610410 | 11/07/2023 | ($200.00) | 94610410 | 11/28/2023 | $200.00 | 29093630444 |
| 12/06/2023 | $200.00 | 29093630433 | 01/16/2024 | $200.00 | 28992599741 | | | |

**Total Receipts for the Period:  $2,400.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $3,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | David A. Tozzolino | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren Brumel, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $2,408.40 | $1,091.60 |
| 1 | U.S. SMALL BUSINESS ADM | Unsecured Creditors | $6,542.68 | $0.00 | $6,542.68 |
| 2 | M&T BANK<br>»» P/631 PARK AVE/1ST MTG | Mortgage Arrears | $2,554.76 | $0.00 | $2,554.76 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $26,563.91 | $0.00 | $26,563.91 |
| 4 | LVNV FUNDING LLC<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $2,822.75 | $0.00 | $2,822.75 |
| 5 | BANK OF AMERICA | Unsecured Creditors | $32,443.76 | $0.00 | $32,443.76 |
| 6 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $264.85 | $0.00 | $264.85 |
| 7 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $11.96 | $0.00 | $11.96 |
| 8 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/PAYPAL | Unsecured Creditors | $1,254.81 | $0.00 | $1,254.81 |

**Chapter 13 Case No. 22-18215 / CMG**

| SUMMARY | | | |
|---|---|---|---|

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,000.00 | Plan Balance: | $6,600.00 ** |
| Paid to Claims: | $2,408.40 | Current Monthly Payment: | $200.00 |
| Paid to Trustee: | $224.80 | Arrearages: | $0.00 |
| Funds on Hand: | $366.80 | Total Plan Base: | $9,600.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or**
**scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**