UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WARREN BRUMEL, ESQ. #018191980
Attorney for Debtors
65 Main Street
PO Box 181
Keyport, NJ 07735
732-264-3400
wbrumel@keyportlaw.com

---

In Re:

DAVID A. TOZZOLINO
PATRICIA M. TOZZOLINO

Order Filed on March 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: _____22-18215_____

Chapter: _____13_____

Judge: _____CMG_____

CORRECTED

**ORDER AUTHORIZING RETENTION OF**

_____MARY GAIL GALLAGHER, REALTOR_____

The relief set forth on the following page is **ORDERED**.

**DATED: March 20, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Mary Gail Gallagher_____

as _____realtor_____ , it is hereby ORDERED:

1.    The applicant is authorized to retain the above party in the professional capacity noted.

The professional's address is:    Weichert, Realtors_____

30 Ridge Rd_____

Rumson, NJ 07760_____

2.    Compensation will be paid in such amounts as may be allowed by the Court on proper

application(s).

3.    If the professional requested a waiver as noted below, it is    Granted ☐ Denied.

☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter

13 case. Payment to the professional may only be made after satisfactory completion of

services.

4.    The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 22-18215-CMG

David A. Tozzolino                                                                       Chapter 13

Patricia M. Tozzolino

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                         Page 1 of 2

Date Rcvd: Mar 20, 2024               Form ID: pdf903                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**              **Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

**Recip ID**              **Recipient Name and Address**
db/jdb                 +  David A. Tozzolino, Patricia M. Tozzolino, 631 Park Avenue, Union Beach, NJ 07735-3124

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2024                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:**

**Name**                           **Email Address**

Albert Russo

           docs@russotrustee.com

Denise E. Carlon

           on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

U.S. Trustee

           USTPRegion03.NE.ECF@usdoj.gov

Warren Brumel

           on behalf of Debtor David A. Tozzolino wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com

Warren Brumel

           on behalf of Joint Debtor Patricia M. Tozzolino wbrumel@keyportlaw.com
           brumellawecf@gmail.com;wbrumel@keyportlaw.com

District/off: 0312-3                                    User: admin                                    Page 2 of 2
Date Rcvd: Mar 20, 2024                                Form ID: pdf903                                Total Noticed: 1
TOTAL: 5