UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  											Case No.: __22-18215_____

DAVID A. TOZZOLINO
PATRICIA M. TOZZOLINO							Chapter: 	13___

											Judge: 	_____CMG_____

## NOTICE OF PROPOSED PRIVATE SALE

David A. Tozzolino & Patricia M. Tozzolino___, Debtors__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

**Address of the Clerk:**   Clerk, U.S. Bankruptcy Court

Clarkson S. Fisher U.S. Courthouse

402 E State Street

Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _Christine M. Gravelle, USBJ on July 3, 2024_ at _9:00_a.m. at the United States Bankruptcy Court, courtroom no. 3_, _____402 E State Street, Trenton, NJ ____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

**Description of property to be sold:**   631 Park Avenue, Union Beach, NJ

**Proposed Purchaser:**   Nicole Alicakos & Mathew Rosas

**Sale price:**   393,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

**Name of Professional:**   Mary Gail Gallagher – Weichert Realtors

**Amount to be paid:**   5%

**Services rendered:**   realtor

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: _____Warren Brumel, Esq. _____

Address: \_PO Box 181, Keyport, NJ 07735

Telephone No.: \_732-264-3400\_\_\_