UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
   DAVID A. TOZZOLINO  
   PATRICIA M. TOZZOLINO

Case No.: __22-18215__

Chapter: 13

Judge: ____CMG____

---

## NOTICE OF PROPOSED PRIVATE SALE

David A. Tozzolino & Patricia M. Tozzolino___, Debtors__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

**Address of the Clerk:** Clerk, U.S. Bankruptcy Court

Clarkson S. Fisher U.S. Courthouse

402 E State Street

Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _Christine M. Gravelle, USBJ on July 3, 2024_ at _9:00_ a.m. at the United States Bankruptcy Court, courtroom no. 3_, _____402 E State Street, Trenton, NJ ____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

**Description of property to be sold:** 631 Park Avenue, Union Beach, NJ

**Proposed Purchaser:** Nicole Alicakos & Mathew Rosas

**Sale price:** 393,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

**Name of Professional:** Mary Gail Gallagher – Weichert Realtors

**Amount to be paid:** 5%

**Services rendered:** realtor

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: \_\_\_\_\_Warren Brumel, Esq._____

Address: \_PO Box 181, Keyport, NJ 07735

Telephone No.: \_732-264-3400\_\_\_

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-18215-CMG
David A. Tozzolino  Chapter 13
Patricia M. Tozzolino
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: May 30, 2024      Form ID: pdf905      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David A. Tozzolino, Patricia M. Tozzolino, 631 Park Avenue, Union Beach, NJ 07735-3124 |
| r | + | Mary Gail Gallagher, Weichert Realtors, 30 Ridge Rd, Rumson, NJ 07760-1830 |
| 519738360 | | Freedom, PO Box 15123, Wilmington, DE 19850-5123 |
| 519738361 | | Integrated Medicine Alliance, PA, PO Box 8519, Red Bank, NJ 07701-8519 |
| 519738368 | + | Riverview Emergency Phys, PO Box 8097, Red Bank, NJ 07701-8097 |
| 519738369 | | Riverview Med Center, Patient Accounts Dept, Box 34020, Newark, NJ 07189-0020 |
| 519738370 | + | Riverview Medical Associates, PO Box 249, Red Bank, NJ 07701-0249 |
| 519738372 | | Riverview Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 519738373 | | Rthocenter, PO Box 1870, Cary, NC 27512-1870 |
| 519738374 | + | Stress Care of New Jersey, LLC, 4122 Route 516, Suite C and D, Matawan, NJ 07747-7033 |
| 519739472 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 30 2024 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 30 2024 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519791340 | | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2024 20:59:06 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519738359 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 30 2024 20:46:00 | Bank of America, PO Box 672050, Dallas, TX 75267-2050 |
| 519785543 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 30 2024 20:46:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519798356 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 30 2024 20:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519770489 | + | Email/Text: RASEBN@raslg.com | May 30 2024 20:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519738362 | | Email/Text: PBNCNotifications@peritusservices.com | May 30 2024 20:46:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519738363 | | Email/Text: govtaudits@labcorp.com | May 30 2024 20:46:00 | LabCorp, Att: LCA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 519779878 | | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2024 20:58:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519738364 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |

Case 22-18215-CMG    Doc 34    Filed 06/01/24    Entered 06/02/24 00:13:31    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: pdf905 | Total Noticed: 28 |

| | | | |
|---|---|---|---|
| | | May 30 2024 20:59:00 | Lowe's-Synchrony Bank, Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519738365 | Email/Text: camanagement@mtb.com | May 30 2024 20:47:00 | M&T Bank, Lending Services, Customer Support, PO Box 1288, Buffalo, NY 14240-1288 |
| 519757223 | Email/Text: camanagement@mtb.com | May 30 2024 20:47:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519738366 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 20:58:56 | PayPal Credit, Att: Bankruptcy Dept, PO Box 5018, Lutherville Timonium, MD 21094-5018 |
| 519738367 | ^ MEBN | May 30 2024 21:14:52 | Quest Diagnostics, PO Box 9000, South Windsor, CT 06074-9000 |
| 519738371 | + Email/Text: RMCbankruptcy@hackensackmeridian.org | May 30 2024 20:47:00 | Riverview Medical Center, Patient Accounts Dept, PO Box 397, Neptune, NJ 07754-0397 |
| 519739472 | ^ MEBN | May 30 2024 21:14:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519738375 | + Email/Text: BhamBankruptcy@sba.gov | May 30 2024 20:46:00 | U.S. Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 01, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor David A. Tozzolino wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |
| Warren Brumel | on behalf of Joint Debtor Patricia M. Tozzolino wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 5