# KML LAW GROUP, P.C.
**A PROFESSIONAL CORPORATION INCORPORATED IN PENNSYLVANIA**
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627-1322
www.kmllawgroup.com

June 10, 2024

The Honorable Christine M. Gravelle, U.S.B.J.
Courtroom # 3
402 East State Street
Trenton, NJ 08608

    RE:  David A. Tozzolino and Patricia M. Tozzolino
           Case No. 22-18215-CMG
           Premises: 631 Park Avenue, Union Beach, NJ 07735
           Secured Creditor: M & T Bank

Dear Judge Gravelle,

    This office represents M & T Bank ("Secured Creditor"), holder of a mortgage on real property located at 631 Park Avenue, Union Beach, NJ 07735. Please accept this letter in response to Debtor's motion to sell the subject property.

    Secured Creditor has reviewed the current motion to sell and the proposed form of order filed with the Court. Secured Creditor does not object to the motion or the proposed order in its current form. Secured Creditor reserves its right to object to the motion.

    Secured Creditor's response, in its present form, is not an objection to the current motion to sell the subject property. The undersigned does not intend to appear to prosecute an objection at this time unless the proposed order is amended to a form deemed objectionable.

                                  Respectfully,
                                  KML LAW GROUP, P.C.

                                **/s/ Denise Carlon, Esq.**
                                Denise Carlon, Esquire
                                dcarlon@kmllawgroup.com
                                Attorney for Secured Creditor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR-9004-1**

| | |
|---|---|
| KML Law Group, P.C.<br>By:  Denise Carlon Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>201-549-2363<br>Attorneys for Secured Creditor: M&T Bank | |
| In Re:<br>David A. Tozzolino<br>Patricia M. Tozzolino<br>            Debtors | Case No:    22-18215 CMG<br><br>Chapter:    13<br><br>Judge:    Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, Patricia Rychards:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, who represents the Secured Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On 06/17/2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Response to Debtors' Motion for Authorization to Sell Real Property
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 06/17/2024            */s/ Patricia Rychards*

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| David A. Tozzolino<br>631 Park Avenue<br>Union Beach, NJ 07735<br><br>Patricia M. Tozzolino<br>631 Park Avenue<br>Union Beach, NJ 07735 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Warren Brumel<br>Law Office of Warren Brumel<br>65 Main Street, PO Box 181<br>Keyport, NJ 07735 | Attorney for Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |