UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WARREN BRUMEL, ESQ.  Bar ID# 018191980
Attorney for Debtors
65 Main Street    PO Box 181
Keyport, NJ 07735
732-264-3400
wbrumel@keyportlaw.com

**Order Filed on July 3, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**DAVID A. TOZZOLINO
PATRICIA M. TOZZOLINO**

Case No.: 22-18215-CMG

Chapter 13

Judge:  Christine M. Gravelle, USBJ

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☐  Followed | ☒  Modified |
| --- | --- | --- |

The relief set forth on the following pages, numbered two (2) through  two (2)  is hereby **ORDERED**.

**DATED: July 3, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the Debtors' motion for authorization to sell the real property commonly known as 631 Park Avenue, Union Beach Borough, Monmouth County, New Jersey (the Real Property),

**IT IS** hereby **ORDERED** as follows:

1.  The Debtor is authorized to sell the Real Property on the terms and conditions of the Contract of Sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2.  The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order.  Until such satisfaction, the real property is not free and clear of liens.  **All mortgages will be paid in full at closing as per the payoff statement to be issued by the mortgagee.**

3.  ⊠ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker at closing.  Therefore the following professionals may be paid at closing.

Name of professional: Mary Gail Gallagher / Weichert Realtors
Amount to be paid: not to exceed 5.0% total commission including participating realtor
Services rendered: Realtor

4.  Other closing fees payable by the Debtors may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5.  The amount of $55,800.00 claimed as exempt may be paid to the Debtors at closing, together with any surplus funds after payment to the Chapter 13 Trustee as provided in Paragraph 6 below.

6.  The sum of **$50,500.00 must be paid to the Chapter 13 Trustee** in the Debtors' case.

7.  A copy of the HUD settlement statement or Closing Disclosure Statement, whichever is provided by the settlement agent, must be forwarded to the Chapter 13 Trustee within 7 days after closing.

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 22-18215-CMG

David A. Tozzolino                                                          Chapter 13

Patricia M. Tozzolino

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                        Page 1 of 2

Date Rcvd: Jul 03, 2024                     Form ID: pdf903                     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol           Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                   regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2024:**

**Recip ID           Recipient Name and Address**
db/jdb           +  David A. Tozzolino, Patricia M. Tozzolino, 631 Park Avenue, Union Beach, NJ 07735-3124

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2024                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2024 at the address(es) listed below:**

**Name                    Email Address**

Albert Russo
                        on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                        docs@russotrustee.com

Denise E. Carlon
                        on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

Warren Brumel
                        on behalf of Debtor David A. Tozzolino wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com

Warren Brumel
                        on behalf of Joint Debtor Patricia M. Tozzolino wbrumel@keyportlaw.com

District/off: 0312-3                              User: admin                                    Page 2 of 2

Date Rcvd: Jul 03, 2024                           Form ID: pdf903                               Total Noticed: 1

brumellawecf@gmail.com;wbrumel@keyportlaw.com


TOTAL: 6