Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−18215−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   David A. Tozzolino　　　　　　　　　　　　　Patricia M. Tozzolino
   631 Park Avenue　　　　　　　　　　　　　　631 Park Avenue
   Union Beach, NJ 07735　　　　　　　　　　Union Beach, NJ 07735

Social Security No.:
   xxx−xx−7251　　　　　　　　　　　　　　　　xxx−xx−4047

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:    8/7/24
Time:   12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Warren Brumel, Debtor's Attorney

COMMISSION OR FEES
fee: $5355.00

EXPENSES
expenses: $44.66

If this is a chapter 13 case, the fees and expenses awarded:

   ☐   will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☑   will reduce the amount to be paid to general unsecured
        creditors under the plan as follows: Fees will reduce plan base allowed

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 8, 2024
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-18215-CMG
David A. Tozzolino  Chapter 13
Patricia M. Tozzolino
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Jul 08, 2024 | Form ID: 137 | Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David A. Tozzolino, 631 Park Avenue, Union Beach, NJ 07735-3124 |
| jdb | #+ | Patricia M. Tozzolino, 631 Park Avenue, Union Beach, NJ 07735-3124 |
| r | + | Mary Gail Gallagher, Weichert Realtors, 30 Ridge Rd, Rumson, NJ 07760-1830 |
| 519738360 | | Freedom, PO Box 15123, Wilmington, DE 19850-5123 |
| 519738361 | | Integrated Medicine Alliance, PA, PO Box 8519, Red Bank, NJ 07701-8519 |
| 519738368 | + | Riverview Emergency Phys, PO Box 8097, Red Bank, NJ 07701-8097 |
| 519738369 | | Riverview Med Center, Patient Accounts Dept, Box 34020, Newark, NJ 07189-0020 |
| 519738370 | + | Riverview Medical Associates, PO Box 249, Red Bank, NJ 07701-0249 |
| 519738372 | | Riverview Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 519738373 | | Rthocenter, PO Box 1870, Cary, NC 27512-1870 |
| 519738374 | + | Stress Care of New Jersey, LLC, 4122 Route 516, Suite C and D, Matawan, NJ 07747-7033 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 08 2024 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 08 2024 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519791340 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2024 21:05:22 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519738359 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 08 2024 20:44:00 | Bank of America, PO Box 672050, Dallas, TX 75267-2050 |
| 519785543 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 08 2024 20:44:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519798356 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 08 2024 20:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519770489 | + | Email/Text: RASEBN@raslg.com | Jul 08 2024 20:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519738362 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 08 2024 20:44:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519738363 | | Email/Text: govtaudits@labcorp.com | Jul 08 2024 20:44:00 | LabCorp, Att: LCA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 519779878 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jul 08 2024 21:05:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519738364 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 08 2024 20:54:15 | Lowe's-Synchrony Bank, Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519738365 | | Email/Text: camanagement@mtb.com | Jul 08 2024 20:45:00 | M&T Bank, Lending Services, Customer Support, PO Box 1288, Buffalo, NY 14240-1288 |
| 519757223 | | Email/Text: camanagement@mtb.com | Jul 08 2024 20:45:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519738366 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 08 2024 21:05:35 | PayPal Credit, Att: Bankruptcy Dept, PO Box 5018, Lutherville Timonium, MD 21094-5018 |
| 519738367 | ^ | MEBN | Jul 08 2024 20:44:36 | Quest Diagnostics, PO Box 9000, South Windsor, CT 06074-9000 |
| 519738371 | + | Email/Text: RMCbankruptcy@hackensackmeridian.org | Jul 08 2024 20:45:00 | Riverview Medical Center, Patient Accounts Dept, PO Box 397, Neptune, NJ 07754-0397 |
| 519739472 | ^ | MEBN | Jul 08 2024 20:45:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519738375 | + | Email/Text: BhamBankruptcy@sba.gov | Jul 08 2024 20:44:00 | U.S. Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor David A. Tozzolino wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jul 08, 2024 | Form ID: 137 | Total Noticed: 29

Warren Brumel on behalf of Joint Debtor Patricia M. Tozzolino wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com

TOTAL: 6