| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | Order Filed on July 17, 2024 by Clerk U.S. Bankruptcy Court District of New Jersey |
| Albert Russo, Trustee<br>CN 4853<br>Trenton, New Jersey 08690<br>(609) 587-6888<br><br>Standing Chapter 13 Trustee | Case No.: 22-18215 CMG |
| In Re:<br><br>**DAVID A. TOZZOLINO**<br><br>**PATRICIA M. TOZZOLINO**<br><br>Debtors | Hearing: July 17, 2024 @ 9:00 a.m<br><br>Judge Christine M. Gravelle |

# ORDER PROVIDING FOR TURNOVER OF SALE PROCEEDS AND CLOSING CASE EARLY AS COMPLETE

The relief set forth on the following pages, numbered two (2) through 2 is ORDERED.

**DATED: July 17, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS MATTER** being opened to the Court on Albert Russo, Standing Chapter 13 Trustee's Motion for Turnover of Sale Proceeds and Closing Case Early as Complete; and, the Court having considered the Motion and Certification in support therefore, and for good cause shown,

**ORDERED** that:

1. The Debtors shall provide to the Trustee a copy of the fully executed HUD Settlement Statement after closing.

2. The Debtors have a total of $3,800 paid to date and shall turnover $50,500 sale proceeds to the Trustee for total plan funding of $54,300.

3. Upon receipt of the HUD and sale proceeds, the Trustee shall complete his administration of the case and process for closing as complete.