| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Albert Russo, Trustee<br>CN 4853<br>Trenton, New Jersey 08690<br>(609) 587-6888<br><br>Standing Chapter 13 Trustee<br><br>In Re:<br><br>    **DAVID A. TOZZOLINO**<br><br>    **PATRICIA M. TOZZOLINO**<br><br>        Debtors | Order Filed on July 17, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  22-18215 CMG<br><br>Hearing: July 17, 2024 @ 9:00 a.m<br><br>Judge Christine M. Gravelle |

## ORDER PROVIDING FOR TURNOVER OF SALE PROCEEDS

## AND CLOSING CASE EARLY AS COMPLETE

The relief set forth on the following pages, numbered two (2) through 2 is ORDERED.

**DATED: July 17, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS MATTER** being opened to the Court on Albert Russo, Standing Chapter 13 Trustee's Motion for Turnover of Sale Proceeds and Closing Case Early as Complete; and, the Court having considered the Motion and Certification in support therefore, and for good cause shown,

**ORDERED** that:

1. The Debtors shall provide to the Trustee a copy of the fully executed HUD Settlement Statement after closing.

2. The Debtors have a total of $3,800 paid to date and shall turnover $50,500 sale proceeds to the Trustee for total plan funding of $54,300.

3. Upon receipt of the HUD and sale proceeds, the Trustee shall complete his administration of the case and process for closing as complete.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-18215-CMG |
| David A. Tozzolino | Chapter 13 |
| Patricia M. Tozzolino | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 18, 2024 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David A. Tozzolino, 631 Park Avenue, Union Beach, NJ 07735-3124 |
| jdb | #+ | Patricia M. Tozzolino, 631 Park Avenue, Union Beach, NJ 07735-3124 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jul 18, 2024 | Form ID: pdf903 | Total Noticed: 2

Warren Brumel
    on behalf of Debtor David A. Tozzolino wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com

Warren Brumel
    on behalf of Joint Debtor Patricia M. Tozzolino wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com

TOTAL: 6