**Order Filed on August 8, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Warren Brumel, Esq. (018191980)
Attorney for Debtors
PO Box 181
Keyport, NJ 07735
732-264-3400

---

In Re:

David A. Tozzolino
Patricia M. Tozzolino

| | |
|---|---|
| Case No.: | 22-18215 |
| Chapter: | 13 |
| Judge: | CMG |

---

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 8, 2024**

_Christine M. Gravelle_

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Warren Brumel, Esq._____, the applicant, is allowed a fee of $ _____5355.00_____ for services rendered and expenses in the amount of $_____44.66_____ for a total of $_____5399.66_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____*_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*